BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
180 Grand Avenue, Suite 1400
Oakland, California 94612
Telephone (510) 839-6600

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS REGIONAL COUNCIL,<br><br>      Plaintiffs,<br><br>  v.<br><br>GUAJARDO CONSTRUCTION II, A California Limited Partnership; GUAJARDO CONSTRUCTION COMPANY; DANIEL SANTOS GUAJARDO, SR., Individually; DANIEL SANTOS GUAJARDO, SR., Individually and Doing Business as GUAJARDO CONSTRUCTION COMPANY; DANIEL SANTOS GUAJARDO, SR., Individually and Doing Business as GUAJARDO CONSTRUCTION II; DANIEL JOSEPH GUAJARDO, JR., Individually; DANIEL JOSEPH GUAJARDO, JR., Individually and Doing Business as GUAJARDO CONSTRUCTION COMPANY; DANIEL JOSEPH GUAJARDO, JR., Individually and Doing Business as GUAJARDO CONSTRUCTION II,<br><br>      Defendants. | Case No.    C 04 5442 MMC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR VACATION OF CASE MANAGEMENT CONFERENCE**; ORDER THEREON |

NOTICE OF DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR VACATION OF CASE MANAGEMENT CONFERENCE, Case No. C 04 5442 MMC

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a) Plaintiffs voluntarily dismiss the above-captioned action without prejudice. Defendants have agreed to submit, and have actually submitted, to an audit of their records, as requested in Plaintiffs Petition to Confirm Arbitration Award and Complaint for Audit, Breach of Contract, Damages, Breach of Fiduciary Duty, and Injunction filed with this Court on December 27, 2004. In view of the fact that Plaintiff Trust Funds are in the process of determining what amounts, if any, are owed as a result of said audit, we ask that the Court dismiss this action without prejudice.

A Case Management Conference has been scheduled for April 29, 2005 at 10:30 a.m. in Courtroom 7. With this Notice of Dismissal, Petitioners request that said Case Management Conference be vacated.

Dated: April 26, 2005

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____/s/_____
CONCEPCIÓN E. LOZANO-BATISTA

107947/380963

DATED: April 27, 2005

IT IS SO ORDERED
Judge Maxine M. Chesney

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA  94612
(510) 839-6600

- 2 -
NOTICE OF DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR VACATION OF CASE MANAGEMENT CONFERENCE, Case No. C 04 5442 MMC